UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO. 3:24cr95-MCR

DAVID DENVER HOLLAND,

    Defendant.
_____/

### ORDER

The Government's Motion to Dismiss Indictment, ECF No. 48, is GRANTED. *See* Fed. R. Crim. P. 48(a). The indictment against Defendant David Denver Holland is **DISMISSED** without prejudice.

**DONE AND ORDERED** this 12th day of June 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**