## U.S. DISTRICT COURT EXHIBITS, NORTHERN DISTRICT OF FLORIDA

| Case Number:<br>3:24-cr-00095-MCR | Case Type:<br>CRIMINAL | Judge<br>M. CASEY RODGERS |
|---|---|---|
| Plaintiff(s):<br>USA | | Plaintiff's Attorney(s):<br>ALICIA H FORBES |
| Defendant(s):<br>DAVID DENVER HOLLAND | | Defendant's Attorney(s):<br>JACK WILKINS (CJA) |
| Type of Pleading:<br>MOTION TO SUPPRESS (ECF No. 24)<br>~AMENDED MOTION TO SUPPRESS (ECF No. 33) | | Date Filed:<br>December 16, 2024<br>February 5, 2025 |
| Description of Exhibits: **Deft Exhibits C&D (flash drive)**<br>**Exhibit retained in clerk's secure storage.** | | |

### TEMPORARY REMOVAL OF EXHIBIT(S)

| Location of Exhibits: **Secured Storage** | | Hold: **Yes** |
|---|---|---|
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |

### TEMPORARY RELEASE OF EVIDENCE

| DATE RELEASED: | EXHIBITS RELEASED: | RELEASED TO: |
|---|---|---|

Signed By                   Printed Name

### PERMANENT REMOVAL OR DESTRUCTION

| DATE PERMANENTLY REMOVED ~~OR DESTROYED~~: 6/23/25 | BY DEPUTY CLERK: |
|---|---|
| FLASH DRIVE RETURNED TO JACK WILKINS, CJA | *Barbara Rogers* |

## U.S. DISTRICT COURT EXHIBITS, NORTHERN DISTRICT OF FLORIDA

| Case Number: **3:24-cr-00095-MCR** | Case Type: **CRIMINAL** | Judge **M. CASEY RODGERS** |
|---|---|---|
| Plaintiff(s): **USA** | | Plaintiff's Attorney(s): **WALTER NARRAMORE** |
| Defendant(s): **DAVID DENVER HOLLAND** | | Defendant's Attorney(s): **JOHN WILKINS, CJA** |
| Type of Pleading: **EVIDENTIARY HEARING** | | **February 6, 2025** |
| Description of Exhibits: **Govt. Exhibits 1-7** **Deft. Exhibit 1 (flash drive)** | | |

### TEMPORARY REMOVAL OF EXHIBIT(S)

| Location of Exhibits: **Secured Storage** | Hold: **Yes** | |
|---|---|---|
| DATE REMOVED: 3/10/25 | DATE RETURNED: 3/10/25 | CHECKED OUT TO: DEFT. JOSH (CHAMBERS) FLASH DRIVE |
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |

### TEMPORARY RELEASE OF EVIDENCE

| DATE RELEASED: | EXHIBITS RELEASED: | RELEASED TO: |
|---|---|---|
| | | |

Signed By _____   Printed Name _____

### PERMANENT REMOVAL OR DESTRUCTION

| DATE PERMANENTLY REMOVED ~~OR DESTROYED~~: 6/23/25 GOVT. EXHIBITS RETURNED TO AUSA FORBES, PLACED IN MAILBOX. | BY DEPUTY CLERK: *Barbara Rogers* |
|---|---|

## U.S. DISTRICT COURT EXHIBITS, NORTHERN DISTRICT OF FLORIDA

| Case Number:<br>3:24-cr-00095-MCR | Case Type:<br>CRIMINAL | Judge<br>M. CASEY RODGERS |
|---|---|---|
| Plaintiff(s):<br>USA | | Plaintiff's Attorney(s):<br>ALICIA H FORBES |
| Defendant(s):<br>DAVID DENVER HOLLAND | | Defendant's Attorney(s):<br>JACK WILKINS (CJA) |
| Type of Pleading:<br>ORDER (ECF No. 42) RE: MOTION TO SUPPRESS (ECF No. 24) & AMENDED MOTION TO SUPPRESS (ECF No. 33) | | Date Filed:<br>March 13, 2025 |

Description of Exhibits: **Govt Exhibit 8 (flash drive)**

**Exhibit retained in clerk's secure storage.**

### TEMPORARY REMOVAL OF EXHIBIT(S)

| Location of Exhibits: **Secured Storage** | | Hold: **Yes** |
|---|---|---|
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |

### TEMPORARY RELEASE OF EVIDENCE

| DATE RELEASED: | EXHIBITS RELEASED: | RELEASED TO: |
|---|---|---|
| | | |

Signed By _____   Printed Name _____

### PERMANENT REMOVAL OR DESTRUCTION

DATE PERMANENTLY REMOVED ~~OR DESTROYED~~: 6/23/25

FLASH DRIVE RETURNED TO AUSA FORBES, PLACED IN MAILBOX

BY DEPUTY CLERK: *Barbara Rogers*